**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000427
07-AUG-2024
08:01 AM
Dkt. 9 ODSLJ**

NO. CAAP-24-0000427

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

VINCENZO MOLA, Petitioner-Appellee, v.
DENISE SMITH, aka DIXIE DENISE VILLA, Respondent-Appellee, and
INDIRA LOPEZ-RUIZ, Non-Party Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NOS. 1DSS-24-0000435 and 1DSS-24-0000471)

ORDER DISMISSING APPEAL FOR LACK OF JURISDICTION
(By:  Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that self-represented non-party Indira **Lopez-Ruiz** filed a notice of appeal from the April 3, 2024 order denying a "Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment" in 1DSS-24-0000435, and the April 12, 2024 order denying a "Petition for Ex Parte Temporary Restraining Order and for Injunction Against Harassment" in 1DSS-24-0000471.  Lopez-Ruiz filed her notice of appeal on May 31, 2024, after the 30-day deadline in Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 4(a)(1).  The record does not show that Lopez-Ruiz received an extension of time to appeal under HRAP Rule 4(a)(4), or that the deadline was tolled by a timely-filed post-judgment motion under HRAP Rule 4(a)(3).  Timely filing a notice of appeal is a

jurisdictional requirement.  <u>Grattafiori v. State</u>, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, August 7, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge